# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: Edward Joseph Chapman and Sandra Lee Chapman
Chapter 7 Case No.   09-31390

Please Check One:
☒ Unclaimed Dividends
☐ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Budget Auto Germany<br>c/o Cedar Finance<br>24007 Ventura Blvd, Suite 260<br>Calabasas, CA  91302 | 10 | 548.71 | 11.66 |

Date:   June 27, 2011                              _____
                                                                               Trustee